No. 79–1786. SHAFFER v. BOND. Ct. App. Okla. Certiorari denied.

No. 79–1788. JUSTAK v. BOCHNOWSKI ET AL. Ct. App. Ind. Certiorari denied.

No. 79–1790. WATSON ET UX. v. COLLEX, INC. C. A. 3d Cir. Certiorari denied.

No. 79–1792. MCALESTER CORP., DBA ALRIDGE HOTEL, ET AL. v. MARSHALL, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 79–1793. HARRISON v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1797. DONOVAN WIRE & IRON CO. v. WHEELING-PITTSBURGH STEEL CORP. C. A. 4th Cir. Certiorari denied.

No. 79–1799. LAUFGAS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 79–1801. LIBBEY-OWENS-FORD CO. v. EIRHART ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–1803. GREEN ET AL. v. LOUISIANA; and
No. 79–2045. DUPUIS ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied. Reported below: 378 So. 2d 934.

No. 79–1804. GARCIA-JARAMILLO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 79–1807. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.